UNITED STATES DISTRICT COURT
Southern District of Florida

FILED by _____ D.C.
FEB 2 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

U.S. Marshal # 54973-004

UNITED STATES OF AMERICA )
                Plaintiff ) Case Number: CR 99-4054 Snow
                          ) REPORT COMMENCING CRIMINAL
        -vs-              )            ACTION
                          )                 99-6154-CR-
Delivios Thedre           )                      KLR
                Defendant )

***********************************************************
TO: Clerk's Office    MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court              (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
***********************************************************

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 2-24-2000    6:30 am/pm

(2) Language Spoken: English - Creole

(3) Offense(s) Charged: Viol of Bond

(4) U.S. Citizen [ ] Yes  [X] No  [ ] Unknown

(5) Date of Birth: 5-19-65

(6) Type of Charging Document: (check one)
    [ ] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [X] Probation Violation Warrant/Bond
    [ ] Parole Violation Warrant

    Originating District: S/D FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $ 50,000  10%
Who set Bond:   Snow

(7) Remarks: —

(8) Date: 2-24-2000     (9) Arresting Officer: M. Groeten
(10) Agency: USMS                    (11) Phone: (954) 356-7575
(12) Comments: _____

P.R.
35